BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

FILED

FEB 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE ROSAS-FIGUEROA, ) <br> ADRIAN ROSALES-FUENTES, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> In the Matter of the Search ) <br> of ) <br> ) <br> 30648 Ivy Road ) <br> Visalia, CA ) <br> _____ ) | 1: 11 MJ 0 0 0 0 2 4 - GSA <br><br> ORDER SEALING ARREST AND SEARCH WARRANTS, CRIMINAL COMPLAINT, SEARCH WARRANT APPLICATION, SEALING APPLICATION AND SEALING ORDER <br><br> **Under Seal** |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest and Search Warrants, Search Warrant Application, Sealing Application and Sealing Order in the above-captioned matters, in camera under seal.  Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled

1

1  proceedings shall be filed with this Court in camera under seal
2  and shall not be disclosed to any person unless otherwise Ordered
3  by this Court.
4  DATED: February 15, 2011  _____
5                                  GARY S. AUSTIN
                                U.S. Magistrate Judge