1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California  93721
4 | Telephone:  (559) 497-4000

**FILED**

FEB 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
                    DEPUTY CLERK

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )        1:11MJ0024 GSA
                                 )
11 |                 Plaintiff,      )
                 v.              )        GOVERNMENT'S EX PARTE
12 |                              )        APPLICATION TO UNSEAL CRIMINAL
     JOSE ROSAS-FIGUEROA,         )        COMPLAINT AND ARREST WARRANTS;
13 | ADRIAN ROSALES-FUENTES,      )
                                 )        ORDER
14 |                 Defendant.      )
     _____)

15

16

17          The United States of America hereby applies to this Court for

18 an Order to unseal the Criminal Complaint and Arrest Warrants, in

19 light of the execution of the arrest warrants in this matter on

20 this day.

DATED: February 16, 2011        Respectfully submitted.

21

22                                       BENJAMIN B. WAGNER
                                         United States Attorney
23
                                         By: /s/ Karen A. Escobar
24                                           KAREN A. ESCOBAR
                                         Assistant U.S. Attorney
25

26

27

28

                                       1

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California   93721
Telephone:   (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   1:11MJ0024 GSA
                            )
            Plaintiff,      )   ORDER TO UNSEAL ARREST WARRANT
        v.                  )   AND CRIMINAL COMPLAINT
                            )
JOSE ROSAS-FIGUEROA,        )
ADRIAN ROSALES-FUENTES,     )
                            )
            Defendant.      )
_____)

    The United States of America has applied to this Court for an

Order to unseal the Criminal Complaint and Arrest Warrants.  Upon

consideration of the application and the entire record herein,

    IT IS HEREBY ORDERED that the Criminal Complaint and Arrest

Warrant shall be unsealed.

DATED: February 16, 2011

                            _____
                            SANDRA M. SNYDER
                            U.S. Magistrate Judge

1