```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00092 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| ADRIAN ROSALES-FUENTES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant ADRIAN ROSALES-FUENTES, by and through his attorney, GARY HUSS, Defendant JOSE ROSAS-FIGUEROA, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the April 11, 2011, 1:30 p.m. hearing date, set in this matter, and reset the matter for May 16, 2011, at 9:00 a.m.

    2.  The parties stipulate that the continuance is necessary due to the unavailability of counsel for the government, who will be on annual leave April 11 and will need three weeks to

1  recuperate from surgery scheduled April 19.

2      3. The parties further stipulate that time should be
3  excluded in the interest of justice.

4  DATED: April 4, 2011                    Respectfully submitted,

5                                BENJAMIN B. WAGNER
                              United States Attorney

6                                By: /s/ Karen A. Escobar
7                                   KAREN A. ESCOBAR
                              Assistant U.S. Attorney

8                                 /s/ Gary Huss
9                                 GARY HUSS
                              Attorney for Defendant
10                                ADRIAN ROSALES-FUENTES

11                                /s/ Katherine Hart
                              KATHERINE HART
12                                Attorney for Defendant
                              JOSE ROSAS-FIGUEROA
13
                        O R D E R
14
    Having read and considered the foregoing stipulation,
15
    IT IS THE ORDER of the Court that the current hearing date of
16  April 11, 2011, at 1:30 p.m., is hereby vacated in this matter and
17  is reset for May 16, 2011, at 9:00 a.m.

18      The Court further finds that the ends of justice served by
19  granting the requested continuance outweigh the best interests of
20  the public and the defendant in a speedy trial, in that the
21  failure to grant the continuance would deny the government
22  continuity of counsel and deny the parties the opportunity to
23  continue pretrial investigation and pursue plea negotiations.

24      WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in
25  the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).
26  ///
27  ///
28

                                2

IT IS SO ORDERED.

Dated:   **April 5, 2011**                                      **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE