1 | KATHERINE HART #76715
Attorney at Law
2 | 2055 San Joaquin
Fresno, Ca. 93721
3 | Telephone: (559) 256-9800
Facsimile:  (559) 256-9798
4
Attorney for JOSE ROSAS-FIGUEROA
5

6

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,          )          CR-F-11-CR 0092 OWW
                                         )
11 |          Plaintiff,                    )          ORDER TO RESET TRIAL
                                         )          DATE
12 |                                        )
                                         )
13 |     v.                                )
                                         )          New Trial Date: February 22, 2012
14 |                                        )          Time: 9:00 a.m.
     ADRIAN ROSALES-FUENTES        )          Dept. 2
15 | And JOSE ROSAS-FIGUEROA,        )
                                         )
16 |          Defendants.                   )
     _____)
17

18 |          Based on the stipulation of counsel, it is hereby ordered as follows:

19 |          That the trial date previously set of January 4, 2012, is vacated and a new

20 | trial date of February 22, 2012 is hereby set, with a trial confirmation date of

21 | Tuesday, January 17, 2012 at 9:00 a.m. (the day after Martin Luther King day);

22 | motions in limine are to be filed by January 17, 2012, with a response due

23 | February 17, 2012, and hearing on the motions set for February 22, 2012 at 9:00

24 | a.m.

25 |          That time is waived under the Speedy  Trial Act,  18 U.S.C. § 1361.

26 | IT IS SO ORDERED.

27

28 |                                          1

1  **Dated:**  **August 26, 2011**                     **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                     2